## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re   3518 1st Ave., LLC

Debtor(s)

Case No.   19-11277-KHK

Chapter   7

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter _7_ having been entered on the petition filed in this case on _____April 22, 2019_____; it is, therefore

**ORDERED** that ____Susan Tanoe, Owner____ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: _Apr 23 2019_

/s/ Klinette Kindred
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
_April 24, 2019_

[ver. 12/03]