## United States Bankruptcy Court
## Eastern District of Virginia
      Alexandria      Division

**In re:** 3518 1st Ave., LLC

**Case Number** 19-11277-KHK

**Debtor(s)**          **Chapter** 7

### ORDER

A hearing was held on      May 28, 2019      , pursuant to the Order Setting Hearing entered by the Clerk.

☐ The debtor(s) appeared at the hearing.

☑ The debtor(s) did not appear at the hearing.

☐ Counsel for the debtor(s) appeared at the hearing.

For the reasons stated on the record from the bench, the Court ORDERS:

☐ The debtor(s) shall cure the following deficiency(ies) on or before ☐

☐ see attached Exhibit A:

**Failure to timely cure each deficiency listed above will result in the above-captioned bankruptcy case being dismissed without further notice or hearing.**

☑ The case is dismissed because the debtor(s) failed to appear at the hearing; and it is further

☐ The case is dismissed; and it is further

**ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $      -0.00-      to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report unless property or money was administered.

Date: May 30 2019

/s/ Klinette Kindred
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: May 30, 2019

[opursosethrg ver. 07/18]